1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MICHAEL HEINDL,

      Plaintiff,

    v.

AFFIRM LOAN SERVICES, LLC;
SEZZLE INC.; MRS BPO, L.L.C.;
TRUEACCORD CORP; JANUARY
TECHNOLOGIES, INC.; EQUIFAX
INFORMATION SERVICES LLC;
EXPERIAN INFORMATION
SOLUTIONS, INC.; AND, TRANS
UNION LLC,

      Defendants.

CASE NO.: 2:24-cv-03364-TLN-CKD

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (SECOND REQUEST)**

Current response date: 01/31/2025
New response date: 02/14/2025

The Honorable Troy L. Nunley

HEINDL V. AFFIRM LOAN SERVICES, LLC, ET AL.     (CASE NO.: 2:24-CV-03364-TLN-CKD)
ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (SECOND
REQUEST)

1        The Court having reviewed the stipulation to extend time to respond to

2   Plaintiff's Initial Complaint (Second Request), jointly submitted by Defendant

3   Sezzle Inc. and Plaintiff Michael Heindl, and good cause appearing, hereby

4   **GRANTS** the stipulation. Sezzle's response to Plaintiff's Initial Complaint is due

5   on or before February 14, 2025.

6        **IT IS SO ORDERED.**

7

8   DATED: February 3, 2025

                              Troy L. Nunley

9                                 Chief United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HEINDL V. AFFIRM LOAN SERVICES, LLC, ET AL.    (CASE NO.: 2:24-CV-03364-TLN-CKD)    1
ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (SECOND REQUEST)