GENEVIEVE R. WALSER-JOLLY (State Bar No. 262784)
Genevieve.Walser-Jolly@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347

JEFFREY A. TOPOR (SBN 195545)
Jeff.Topor@wbd-us.com
KRISTINA B. HOVSEPYAN (SBN 340674)
Kristina.Hovsepyan@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Defendant
SEZZLE INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HEINDL,<br><br>        Plaintiff,<br><br>v.<br><br>AFFIRM LOAN SERVICES, LLC; SEZZLE INC.; MRS BPO, L.L.C.; TRUEACCORD CORP; JANUARY TECHNOLOGIES, INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>        Defendants. | Case No.: 2:24-cv-03364-TLN-CKD<br><br>**DEFENDANT SEZZLE INC.'S CERTIFICATE OF INTERESTED PARTIES**<br><br>Date Action Filed: December 3, 2024 |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Sezzle Inc. ("Sezzle") states as follows:

Charles Youakim has a 10% or greater ownership interest in Sezzle. There are no parent companies or publicly-held companies that have a 10% or greater ownership interest in Sezzle.

Date: February 14, 2025 **WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Kristina Hovsepyan*
Genevieve Walser-Jolly
Jeffrey A. Topor
Kristina Hovsepyan

Attorneys for Defendant
SEZZLE INC.