GENEVIEVE R. WALSER-JOLLY (State Bar No. 262784)
Genevieve.Walser-Jolly@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347

JEFFREY A. TOPOR (SBN 195545)
Jeff.Topor@wbd-us.com
KRISTINA B. HOVSEPYAN (SBN 340674)
Kristina.Hovsepyan@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Defendant SEZZLE INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HEINDL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AFFIRM LOAN SERVICES, LLC; SEZZLE INC.; MRS BPO, L.L.C.; TRUEACCORD CORP; JANUARY TECHNOLOGIES, INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>　　　　Defendants. | Case No.: 2:24-cv-03364-TLN<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO STRIKE [DKT. NO. 44]**<br><br>Date Action Filed: December 3, 2024 |

Defendant Sezzle Inc. ("Sezzle") hereby withdraws its Motion to Strike scheduled for April 3, 2025, Docket No. 43. This notice does not apply to any motion by any other party.

Date: March 5, 2025　　　　　　　　**WOMBLE BOND DICKINSON (US) LLP**

　　　　　　　　　　　　　　　　By:　　*/s/ Kristina Hovsepyan*
　　　　　　　　　　　　　　　　　　　Genevieve Walser-Jolly
　　　　　　　　　　　　　　　　　　　Jeff Topor
　　　　　　　　　　　　　　　　　　　Kristina Hovsepyan
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　SEZZLE INC.