**LOKER LAW, APC**
Scott M. Plescia (349319)
scott@loker.law
Telephone: (805) 323-3780
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
Michael Heindl

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL HEINDL,** | **Case No.:** 2:24-cv-03364-TLN-CKD |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| **AFFIRM LOAN SERVICES, LLC; SEZZLE INC.; MRS BPO, L.L.C.; TRUEACCORD CORP; JANUARY TECHNOLOGIES, INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,** | **HON. TROY L NUNLEY** |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff MICHAEL HEINDL ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss Equifax Information Services, LLC with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding Equifax Information Services, LLC be vacated.

Date: March 22, 2025                                              **LOKER LAW, APC**

                                                        BY:   ___/S/ SCOTT M. PLESCIA___
                                                                    SCOTT M. PLESCIA, ESQ.
                                                                    ATTORNEY FOR PLAINTIFF

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO.: 2:24-cv-03364-TLN-CKD**     **1 OF 1**     *Heindl v. Affirm Loan Services, LLC, et al.*
**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Equifax Information Services, LLC* has been submitted on March 22, 2025 to all defense counsel of record via e-mail and U.S. Mail.

            ___/S/ SCOTT M. PLESCIA____
            SCOTT M. PLESCIA, ESQ.

**CASE NO.: 2:24-cv-03364-TLN-CKD**      *Heindl v. Affirm Loan Services, LLC, et al.*
**PROOF OF SERVICE**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420