# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL HEINDL,**<br><br>     Plaintiff,<br><br>v.<br><br>**AFFIRM LOAN SERVICES, LLC; SEZZLE INC.; MRS BPO, L.L.C.; TRUEACCORD CORP; JANUARY TECHNOLOGIES, INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,**<br><br>     Defendants. | Case No. 2:24-cv-03364-TLN-CKD<br><br>Honorable Judge Troy L. Nunley<br>Honorable Mag. Carolyn K. Delaney<br><br>**ORDER RE STIPULATION TO SUBMIT CLAIMS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO ARBITRATION AND TO STAY CASE AS TO EXPERIAN** |

Based on a review of the Stipulation to Submit Claims Against Defendant Experian Information Solutions, Inc. to Arbitration and to Stay Case, sufficient good cause has been shown for the requested relief.  Therefore, it is hereby **ORDERED** that:

1.    Plaintiff Michael Heindl ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") shall proceed to arbitration before the American Arbitration Association ("AAA") pursuant to its Consumer Arbitration

1 | Rules. Plaintiff may challenge the arbitrability of his claim with the AAA after an arbitrator has been selected.

2. The action is stayed as between Plaintiff and Experian, pending completion of the arbitration.

3. All discovery obligations and scheduling order deadlines are stayed as between Plaintiff and Experian.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 18, 2025

_____
Troy L. Nunley
Chief United States District Judge